IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GWENDOLYN DIANNE WILKES, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) 1:19CV699 |
| STATE OF NORTH CAROLINA, | ) |
| Defendant. | ) |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 19, 2019, was served on the parties in this action. (ECF Nos. 6, 7.) Plaintiffs filed objections to the Magistrate Judge's Recommendation. (ECF No. 11.) Plaintiffs also filed a Motion to Proceed Under Federal Whistleblower Protection raising the same claims addressed in the Recommendation. (ECF No. 9.) The Court has appropriately reviewed Plaintiffs' Motion and the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation and denies the motion.

IT IS THEREFORE ORDERED that Plaintiffs' Motion, (ECF No. 9), is DENIED for the reasons set out in the Magistrate Judge's Recommendation.

IT IS FURTHER ORDERED that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

This, the 20th day of December 2019.

/s/ Loretta C. Biggs
United States District Judge